An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON SAMUEL CLACK,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 68947

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying motion for disqualification of district judge. First Judicial District Court, Carson City; James Todd Russell, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.                    _____, J.
Douglas                                           Cherry

cc:    Hon. James Todd Russell, District Judge
       Aaron Samuel Clack
       Attorney General/Carson City
       Carson City District Attorney
       Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32346